*NINA SHAHIN, CPA, MAS, MST*
*103 SHINNECOCK RD. DOVER, DE 19904*
*Tel. (302) 678-1805*
*Fax (302) 678-0219*
E-mail: nshahin@comcast.net

May 27, 2008

**U.S. Federal Court**
**For the District of Delaware**
844 King Street
Wilmington, DE 19801

**Attn.: Clerk of the Court**

Dear Sir or Madam:

**RE: Civil Action No. 08-295**

With reference to the above-mentioned case please find attached the following documents:

1. Three copies of Summons for all thirteen defendants for your signature and seal.
2. Acknowledgement of Receipt of AO Form 85 properly signed.
3. Acknowledgement of Receipt of F.R.Civ. P. # 4 properly signed and dated.

Please note that I object to referring the case to a Magistrate judge and, therefore, withhold the Form AO 85. I also object the case being referred to the chief judge, Gregory M. Steel.

Sincerely,

*N. Shahin*

**Nina Shahin, CPA**

**Attachments:** as mentioned above in Nos 1-3





FEDERAL DISTRICT COURT

844 King Street

WILMINGTON, DE 19801

attn: Clerk of the Civil Section

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:  C.A.# __08-295__

CASE CAPTION: __NINA SHAHIN__ v. __Pamela Darling et al__

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: __05/24/2008__    Signed: __[signature]__
Pro Se Plaintiff

Date Received by Clerk's office: __5/28/08__    Signed: __Beth Dina__
Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

__5/20/08__
Date mailed

__[signature]__
By Deputy Clerk

FILED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04

Bo scanned

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware



Civil Action No.  08-295

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A
### UNITED STATES MAGISTRATE JUDGE
### TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___14___ COPIES OF AO FORM 85.

___5/20/08___    ___N. Shahin___
(Date forms issued)    (Signature of Party or their Representative)

**NINA SHAHIN**
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

Mailed to Pltf 5/20/08 ABC