# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RICHARD H. MORSE
DIRECT DIAL: (302) 571-6651
DIRECT FAX: (302) 576-3319
rmorse@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

July 2, 2008

By E-Filing
Chief Judge Gregory J. Sleet
United States District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 19
Wilmington, DE 19801

       Re:   Nina Shahin vs. Young Conaway Stargatt & Taylor, LLP, et al.
             C.A. No. 08-295-GMS

Dear Chief Judge Sleet:

       I represent a defendant in this case, Young Conaway Stargatt & Taylor, LLP. I have just learned from the docket that the case has been assigned to Your Honor. As an officer of the Court, I believe I am obligated to inform Your Honor that the allegations against Young Conaway include allegations against Young Conaway Associate Monte' T. Squire, Esquire.

                            Respectfully yours,

                            Richard H. Morse (No. 531)

RHM:cd
cc:   Clerk, United States District Court (by e-filing)
      Ms. Nina Shahin (by first class mail)

DB02:6948394.1

900006.0001