IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NINA SHAHIN, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 08-295 GMS |
| LIGUORI, MORRIS & YIENGST, | : | |
| Defendant. | : | |

## ENTRY OF SPECIAL APPEARANCE

PLEASE ENTER THE APPEARANCE of Norman H. Brooks, Jr., Esquire and Theodore J. Segletes as attorneys for Defendant Liguori, Morris & Yiengst. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, service, or venue defects that may be available and to answer, object, or otherwise plead.

/s/ Norman H. Brooks
_____
Norman H. Brooks, Jr., Esquire (2568)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Liguori Morris & Yiengst*

/s/ Theodore J. Segletes
_____
Theodore J. Segletes, III, Esquire (4456)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Liguori, Morris & Yiengst*

DATED: July 9, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, | : |
| Plaintiff, | : |
| v. | : C. A. No. 08-295 GMS |
| LIGUORI, MORRIS & YIENGST, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, **Norman H. Brooks, Jr.,** hereby certify that on **July 9, 2008,** I electronically filed an **Entry of Special Appearance** with the Clerk of Court using CM/ECF. I have served via first class mail two copies of foregoing to the Pro Se Plaintiff:

Ms. Ninah Shahin
103 Shinnecock Road
Dover, DE 19904

Norman H. Brooks, Jr., Esquire (2568)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Liguori, Morris & Yiengst*