*NINA SHAHIN, CPA, MAS, MST*
*103 SHINNECOCK RD. DOVER, DE 19904*
*Tel. (302) 678-1805*
*Fax (302) 678-0219*
E-mail: nshahin@comcast.net

July 7, 2008

**United States District Court**
**For the District of Delaware**
844 King Street
Wilmington, DE 1801
**Attn.: Clerk of Civil Section**

RE:    Civil Action No. 08-295 GMS

Dear Sir:

With reference to the above-mentioned case, please find attached copy of Summons in this case with Proof of Service for 12 of 13 Defendants as follows:
1. Pamela Darling
2. Merrill C. Trader
3. Rosemary Betts Beauregard
4. Robert B. Young
5. William L. Witham
6. Jack B. Jacobs
7. Carolyn Berger
8. Henry Dupont Ridgeley
9. Myron T. Steel
10. Liguori, Morris & Yiengst
11. Young, Conaway, Stargatt & Taylor LLP
12. Sheila A. Dougerty

Summons for the thirteenth Defendant, Linda Lavender, was attempted for delivery and also is attached along with the 'Affidavit of Personal Service' properly notarized. Since Linda Lavender works now in the CCP Court of New Castle County and not Kent, please find attached three copies of the modified Summons for that Defendant for your signature and seal to be forwarded to me for a new service of process.
Your prompt action on this latest issue is greatly appreciated.

Sincerely,
*N. Shahin*
**Nina Shahin, CPA, MAS, MST**

**Attachments:** Documents as mentioned above