# UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICRT OF DELAWARE

| | |
|---|---|
| **NINA SHAHIN**                                   ) | |
| Plaintiff                                         ) | |
|                  v.                               )   | **Civil Action No. 08-295** 6MS |
|                                                   ) | |
| **PAMELA A. DARLING et al**           ) | |
| Defendant                                         ) | |

### Summons in a Civil Action

**To: PAMELA A. DARLING,**

Justice of the Peace Court # 16 for Kent County
480 Bank Lane
Dover, DE 19904

A lawsuit has been filed against you.

Within 30 days after the service of this summons on you (not including the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

**Nina Shahin**
103 Shinnecock Rd.
Dover, DE 19904

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/28/08

PETER T. DALLEO

**Name of the Clerk of Court**

_Bill Rine_

**Deputy clerk's signature**

🖎 AO 440 (Rev. 03/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on  _June 24 2008_ ,
by:

   (1) personally delivering a copy of each to the individual at this place,  _JP Court 16, 410_
_Bank Lane Dover DE 19901_ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with  _____
     who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   _____ ; or

   (4) returning the summons unexecuted to the court clerk on  _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

Date:  _June 24 2008_

_____
_(signature)_
Server's signature

_Bryan Steukel Process Server_
Printed name and title

_15 East North Street Dover DE 19901_
Server's address