# UNITED STATES DISTRICT COURT

## FOR THE
## DISTRICRT OF DELAWARE

NINA SHAHIN_____ )
Plaintiff )
            v. )    Civil Action No. 08-295 *GMS*
            )
JACK B. JACOBS et al_____ )
Defendant )

### Summons in a Civil Action

To:   **JACK B. JACOBS**
       Judge of the Supreme Court of Delaware
       55 The Green
       Dover, DE 19903

A lawsuit has been filed against you.

Within 30 days after the service of this summons on you (not including the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

                Nina Shahin
              103 Shinnecock Rd.
              Dover, DE 19904

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 5/28/08

PETER T. DALLEO
Name of the Clerk of Court

Beth Riva (signed)
Deputy clerk's signature

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __June 23 2008__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    __CATHY HOWARD, CLERK OF THE COURT__ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __June 23 2008__

_____
Server's signature

__Bryan Shenkle Process Server__
Printed name and title

__1550 North Street Dover DE 19901__
Server's address