# UNITED STATES DISTRICT COURT

## FOR THE
## DISTRICRT OF DELAWARE

NINA SHAHIN  )
Plaintiff )
          v. ) Civil Action No. 08-295 6MS
 )
HENRY DUPONT RIDGELY et al )
Defendant )

### Summons in a Civil Action

To:   HENRY DUPONT RIDGELY
      Judge of the Supreme Court of Delaware
      55 The Green
      Dover, DE 19903

A lawsuit has been filed against you.

Within 30 days after the service of this summons on you (not including the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO

Date: 5/28/08

_____
Name of the Clerk of Court

_____
Deputy clerk's signature

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on June 23 2008,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
CATHY HOWARD CLERK OF THE COURT ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: June 23 2008

_____
Server's signature

Bryan Steskie Process Server
Printed name and title

15 East North Street Dover DE 19901
Server's address