# UNITED STATES DISTRICT COURT

## FOR THE
## DISTRICRT OF DELAWARE

<u>**NINA SHAHIN**</u>         )
Plaintiff                )
        v.                  )   **Civil Action No. 08-295**
                         )
<u>**MYRON T. STEEL et al**</u>  )
Defendant                )

### Summons in a Civil Action

**To:** **MYRON T. STEEL**
     Chief Judge, Court on the Judiciary
     34 The Circle
     Georgetown, DE 19947

A lawsuit has been filed against you.

Within 30 days after the service of this summons on you (not including the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

            **Nina Shahin**
           103 Shinnecock Rd.
            Dover, DE 19904

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO

Date: 5/28/08

**Name of the Clerk of Court**

_Beth [signature]_
**Deputy clerk's signature**

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  June 24 2008 ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _Kris Pritchett, Receptionist_ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: June 24 2008

_____
Server's signature

Lori Millar, Process Server
Printed name and title

15 East North Street Dover DE 19901
Server's address