# UNITED STATES DISTRICT COURT

## FOR THE
## DISTRICRT OF DELAWARE

NINA SHAHIN          )
Plaintiff            )
                     )
           v.        )    Civil Action No. 08-295 GMS
                     )
LIGUORI, MORRIS & YIENGST et al )
Defendant            )

### Summons in a Civil Action

To:  LIGUORI, MORRIS & YIENGST
     Attorney at Law
     46 The Green
     Dover, DE 19901

A lawsuit has been filed against you.

Within 30 days after the service of this summons on you (not including the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

     Nina Shahin
     103 Shinnecock Rd.
     Dover, DE 19904

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court

PETER T. DALLEO

Date: 5/22/08

_____
Name of the Clerk of Court

_____
Deputy clerk's signature

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __June 24 2008__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
__Becky Dressler, Receptionist__ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __June 24 2008__

_____
Server's signature

__Byron Skelley   Process Server__
Printed name and title

__15 East North Street Dover DE 19901__
Server's address