# UNITED STATES DISTRICT COURT

## FOR THE
## DISTRICRT OF DELAWARE

<u>NINA SHAHIN</u>            )
Plaintiff                    )
      v.                )  Civil Action No. 08-295 *GMS*
                             )
<u>YOUNG, CONAWAY, STARGATT & TAYLOR  LLP et al</u>)
Defendant                    )

### Summons in a Civil Action

To:   YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 198899-0391

A lawsuit has been filed against you.

Within 30 days after the service of this summons on you (not including the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: *5/28/08*                                    PETER T DALLEO
                                                   _____
                                                   Name of the Clerk of Court

                                                   *[signature]*
                                                   _____
                                                   Deputy clerk's signature

AO 440 (Rev: 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __6/23/08__, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __JAMES L. PATTON JR__; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __6/24/08__

Server's signature

Printed name and title: JOHN RITTER

Server's address: 230 N MARKET ST, WILM DE 19101