# UNITED STATES DISTRICT COURT

## FOR THE
## DISTRICRT OF DELAWARE

| | |
|---|---|
| **NINA SHAHIN** ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 08-295 |
| ) | |
| **LINDA LAVENDER et al** ) | |
| Defendant ) | |

### Summons in a Civil Action

To: **LINDA LAVENDER**
Court of Common Pleas Court Reporter
38 The Green
Dover, DE 19901

A lawsuit has been filed against you.

Within 30 days after the service of this summons on you (not including the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO

Date: 5/28/08

_____
Name of the Clerk of Court

_____
Deputy clerk's signature

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on June 23 2008,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on June 24 2008.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: June 24 2008

Server's signature: Bryan Hulke (?)

Printed name and title: Bryan Hulke, Process Server

Server's address: 15 East North Street Dover DE 19901

# UNITED STATES DISTRICT COURT

## FOR THE
## DISTRICRT OF DELAWARE

<u>**NINA SHAHIN**</u>      )
Plaintiff                )
   v.        )  **Civil Action No. 08-295**
                         )
<u>**LINDA LAVENDER et al**</u>  )
Defendant                )

### Summons in a Civil Action

**To:** **LINDA LAVENDER**
   Court of Common Pleas Court Reporter
   38 The Green
   Dover, DE 19901

A lawsuit has been filed against you.

Within 30 days after the service of this summons on you (not including the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

    **Nina Shahin**
    103 Shinnecock Rd.
    Dover, DE 19904

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _5/28/08_                    PETER T. DALLEO
                                   _____
                                   **Name of the Clerk of Court**


                                   _____
                                   **Deputy clerk's signature**

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___June 23 2008___, by:

    (1) personally delivering a copy of each to the individual at this place, _____ _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on ___June 24 2008___.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: ___June 24 2008___

_____
Server's signature

___Bryan Sheilkie Process Server___
Printed name and title

___15 East North Street Dover DC 19901___
Server's address

AFFIDAVIT OF PERSONAL SERVICE

STATE OF DELAWARE    }
                    } ss.
COUNTY OF KENT      }

I, Bryan Steilkie, of the State of Delaware, County of Kent, being duly sworn, says that on the 23rd day of June, 2008, I personally attempted to serve a Summons and Complaint upon **Linda Lavender**, **Court of Common Pleas Court Reporter,** however she no longer works in Kent County. She now works in New Castle County.

Bryan Steilkie

Subscribed and sworn before me
This 24th day of June, 2008.

_____
Notary Public

TARA L. FOX
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 22, 2009

My commission expires: _____