IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NINA SHAHIN                             :

    Plaintiff                       :

v.                                      : Civil Action No. 08-295 GMS

PAMELA A. DARLING, et al.               :

    Defendants                      :

## ORDER

At Wilmington this 14th day of July, 2008;

WHEREAS, the plaintiff proceeds *pro se*, and has paid the filing fee;

WHEREAS, the summons for all defendants, as prepared by the plaintiff, contained an incorrect time period for the defendants to file a responsive pleading of thirty days instead of twenty days as set forth in Fed. R. Civ. P. 12;

THEREFORE, IT IS ORDERED that due to a clerical error, the court increases the time for the defendants to file a responsive pleading to within thirty days after being served with the summons and complaint.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

JUL 14 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE