# UNITED STATES DISTRICT COURT

## FOR THE
## DISTRICRT OF DELAWARE

NINA SHAHIN           )
Plaintiff             )
            v.        )        Civil Action No. 08-295 *GMS*
                      )
LINDA LAVENDER et al  )
Defendant             )

### Summons in a Civil Action

To:  LINDA LAVENDER
     Court of Common Pleas Court Reporter
     500 North King Street
     Wilmington, DE 19801

A lawsuit has been filed against you.

Within 30 days after the service of this summons on you (not including the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff, whose name and address are:

Nina Shahin
103 Shinnecock Rd.
Dover, DE 19904

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/8/08

PETER T. DALLEO
Name of the Clerk of Court

*[signature]*
Deputy clerk's signature

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on July 25, 2008 at 12:50 PM, by:

(1) personally delivering a copy of each to the individual at this place, 500 North King Street, Wilmington, Delaware 19801 ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 7/25/2008

Server's signature

Harry Cederholm                    Process Server
Printed name and title

2000 Pennsylvania Ave., Suite 207, Wilmington, DE 19806
Server's address