# UNITED STATES DISTRICT COURT

## FOR THE
## DISTRICRT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN )<br>Plaintiff )<br>            v.         ) | Civil Action No. 08-295 GMS |
| )<br>PAMELA A. DARLING et al    )<br>Defendant ) | |

## PLAINTIFF'S WITHDRAWAL OF MOTION FOR SANCTIONS AGAINST THE ATTORNEY, RICHARD H. MORSE, UNDER RULE 11 OF FEDERAL RULES OF CIVIL PROCEDURES

The Plaintiff, Nina Shahin, thereby withdraws her Motion for Sanctions against the attorney representing the firm of Young Conaway, Stargatt and Taylor LLP, Mr. Richard H. Morse.

After careful examination of the case law and different legal commentaries related to the legal issue raised in the Motion for Sanctions the Plaintiff have to admit that the private course of action under *Bivens* is accorded only against the federal employees. Violations of constitutional rights by state employees are to be brought under the Civil Rights Act of 1871 (42 *U.S.C.* § 1983). Since the Plaintiff's accusations against most of the judges are based on Racketeer Influenced and Corrupt Organization Act, the Civil Rights of 1871 has a relatively minor importance although Federal Courts Improvement Act of 1996 also has relevance to the Plaintiff's case.

2008 AUG 26 AM 10: 50
CLERK, U.S. DISTRICT
DISTRICT OF DELAWARE
FILED
SCAN

The Plaintiff, therefore, withdraws her Motion and offers her apology for that premature Motion that was caused by the pressure of deadline and the acute shortage of time to research the issue before the submission of the Motion.

Submitted on this 25th day of August of 2008.

For Plaintiff:                                        *[signature]*

**Nina Shahin**

103 Shinnecock Rd.
Dover, DE 19904
Tel. # 302-678-1805

## CERTIFICATE OF SERVICE

I, NINA SHAHIN, CPA

Hereby certify that one true copy of this WITHDRAWAL OF THE PLAINTIFF'S MOTION FOR SANCTIONS AGAINST THE ATTORNEY, RICHARD H. MORSE, UNDER RULE 11 OF FEDERAL RULES OF CIVIL PROCEDURES have been mailed today, August 25th, 2008 by a first class mail to the attorneys at the following addresses:

**Kevin R. Slattery**
Deputy Attorney General
Carvel State Office Building
829 North French Street/ 6th Floor
Wilmington, DE 19801

**Richard H. Morse**
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

**Norman H. Brooks, Jr.**
Marks, O'Neal, O'Brian & Courtney, P.C.
913 North Market St., Suite 800
Wilmington, DE 19801

**Theodore John Segletes, III**
Marks, O'Neal, O'Brian & Courtney, P.C.
913 North Market St., Suite 800
Wilmington, DE 19801

    Original and one true copy were mailed to the District Court by a certified mail with a return receipt.
Date: August 25th, 2008

(signature)

Nina Shahin, CPA



Ms. Nina Shahin, CPA
103 Shinnecock Rd
Dover, DE 19904-9446







Federal District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801-3570
**Attn.: Clerk of the Civil Section**