UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NINA SHAHIN,
    Plaintiff,

v.

YOUNG CONAWAY STARGATT
AND TAYLOR, LLP, et al.,
    Defendants.

Civil Action No. 08-295-GMS

RESPONSE OF YOUNG CONAWAY STARGATT & TAYLOR, LLP TO PLAINTIFF'S AMENDMENTS TO HER BRIEFS IN OPPOSITION TO THE DEPUTY ATTORNEY'S [sic] GENERAL MEMORANDUM AND YOUNG CONAWAY STARGATT & TAYLOR LLP'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT UNDER RULE 15(a) OF FEDERAL RULES OF CIVIL PROCEDURE

Young Conaway Stargatt & Taylor, LLP hereby objects to plaintiff's amendment to her brief in opposition to Young Conaway Stargatt & Taylor, LLP's motion to dismiss the plaintiff's complaint on the ground that it is essentially a surreply brief. Plaintiff did not obtain Court approval to file the paper, so its filing is prohibited by Local Rule 7.1.2.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse, (I. D.# 531)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6651
Facsimile: (302) 576-3319
Email: rmorse@ycst.com

Attorneys for Defendant

Dated: August 25, 2008

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on August 25, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to all counsel of record that such filing is available for viewing and downloading.

I further certify that on August 25, 2008, I caused a copy of the foregoing document to be served by first class mail on the following:

> Ms. Nina Shahin
> 103 Shinnecock Road
> Dover, DE 19904

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Richard H. Morse
> Richard H. Morse (I.D. No. 531)
> 17th Floor, Brandywine Building
> 1000 West Street
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> (302) 571-6651
> rmorse@ycst.com