

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

Please respond to: Civil Division

August 27, 2008

**By Electronic Filing**

The Honorable Gregory M. Sleet
Chief Judge
United States District Court for the District of Delaware
Caleb Boggs Federal Courthouse
844 N. King Street/ Lock Box 18
Wilmington, DE 19801

         Re: **Shahin v. Darling, et al.**
            C.A. No. 08-295 GMS

Dear Chief Judge Sleet:

  I also join in Mr. Morse's objection to Ms. Shahin's "amended" brief. It is not simply a sur-reply brief as it makes additional new arguments. Absent court approval, the brief should be stricken.

  While I understand Ms. Shahin's desire to have the "last word", and while the court traditionally has given *pro se* litigants significant leeway, I fear that providing such leeway in this instance will result in Ms. Shahin seeking the "last word" in every instance.

              Respectfully yours,

              */s/ Kevin R. Slattery*
              Kevin R. Slattery, No. 2297
              Deputy Attorney General

Xc. Nina Shahin (via U.S. Mail)
   Richard H. Morse, Esq.
   Norman H. Brooks, Jr., Esq.
   Theodore J. Segletes, III, Esq.
   File

*I:/Kevin.Slattery/Litigation/Shahin/Response to Amended Opposing Brief.doc*