IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NINA SHAHIN, | |
|     Plaintiff; | |
| v. | C. A. No. 08-295 GMS |
| PAMELA A. DARLING, et al., | |
|     Defendants. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the **29th day of August, 2008**, the undersigned attorney for Defendant Liguori, Morris & Yiengst (LMY) caused a true and correct copy of LMY's **Response to the Motion for Sanctions** served upon all parties via First Class Mail at the following addresses:

DAG Kevin R. Slattery, Esq  
Delaware Department of Justice  
820 N. French Street, 8th Floor  
Carvel Office Building  
Wilmington, DE 19801  

Richard H. Morse, Esquire  
Young, Conaway, Stargatt & Taylor, LLP  
P.O. Box 391  
Wilmington, DE 19899-0391  

Ms. Nina Shahin  
103 Shinnecock Road  
Dover, DE 19904  

Whereas the Court's CM/ECF website was out of service after 5:20 p.m. on Friday, August 29, 2008, service was accomplished by mail rather than electronically.

**MARKS, O'NEILL,
O'BRIEN & COURTNEY, P.C.**

*/s/ Theodore J. Segletes, III*
Theodore J. Segletes, III, Esq. (# 4456)
913 North Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
F: (302) 658-6537
tsegletes@mooclaw.com

DATED: September 2, 2008

{DE115997.1}

## CERTIFICATE OF SERVICE

I, **Theodore J. Segletes, III**, hereby certify that on this **2nd day of September, 2008**, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon counsel of record via First Class Mail using the Court's CM/EFC service, which will send notification to all counsel of record that such filing is available for viewing and downloading.

I further certify that on this **2nd day of September, 2008**, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the Plaintiff via First Class Mail at the following address:

Ms. Nina Shahin
103 Shinnecock Road
Dover, DE 19904

**MARKS, O'NEILL,
O'BRIEN & COURTNEY, P.C.**

 */s/ Theodore J. Segletes, III*
Theodore J. Segletes, III, Esq. (# 4456)

{DE116065.1}