*NINA SHAHIN, CPA, MAS, MST*
*103 SHINNECOCK RD. DOVER, DE 19904*
*Tel. (302) 678-1805*
*Fax (302) 678-0219*
E-mail: nshahin@comcast.net

---

August 26, 2008

**The Honorable Gregory M. Sleet, Chief Judge**
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 19
Wilmington, DE 19801

cc:   **Norman H. Brooks, Jr**
      Marks, O'Neal, O'Brian & Courtney, P.C.
      913 North Market St., Suite 800
      Wilmington, DE 19801

      **Theodore John Segletes, III**
      Marks, O'Neal, O'Brian & Courtney, P.C.
      913 North Market St., Suite 800
      Wilmington, DE 19801

      **Kevin R. Slattery**
      Deputy Attorney General
      Carvel State Office Building
      820 North French Street, 6th Floor
      Wilmington, DE 19801

      **Richard H. Morse**
      Young Conaway Stargatt & Taylor LLP
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, DE 19899-0391

RE:   Shahin v. Liguori, Morris & Yiengst, et al.
      C.A. No. 08-295-GMS



FILED
AUG 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PLAINTIFF'S POSITION REGARDING *BIVENS***

Dear Chief Judge Sleet

This letter is written in response to a verbal telephone request from attorney from the firm of Marks, O'Neal, O'Brian & Courtney, P.C. regarding the Plaintiff's change in position regarding case of *Bivens*.

The Plaintiff withdrew her Motion for Sanctions against the attorney from the Young, Conaway Stargatt and Taylor LLP on the basis of her mistake regarding interpretation of *Bivens*.

Plaintiff would like to extend the same position taken in any other communications with the Court in relation to all other attorneys. The previous position regarding *Bivens* was wrong and, therefore, should be considered as wrong in all other communications so that other attorneys need not dispute that position individually.

Again, the Plaintiff would like to offer her apologies to all the parties concerned.

Respectfully,

*N. Shahin*

Nina Shahin, CPA, MAS, MST



WILMINGTON DE 197
27 AUG 2008 PM 3 T

United States District Court for the District of Delaware
J Caleb Boggs Federal Building
844 N. King Street, Lockbox 19
Wilmington, DE 19801

Nina Shahin, CPA
103 Shinnetock Rd.
Dover DE 19904